In the Matter of NuBONE COMPANY, INC., Respondent; FRIEDA S. MILLER, as Industrial Commissioner, Appellant.

Argued November 24, 1941; decided January 8, 1942.

*John J. Bennett, Jr., Attorney-General (Francis R. Curran, Henry Epstein* and *Julia M. Cook* of counsel), for appellant.

*Winslow M. Lovejoy* and *Charles K. Rice* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.